**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR   Defendant,
                MATTHEW PLUNKETT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     vs.<br><br>MATTHEW PLUNKETT<br><br>                Defendant. | Case No.: 6:07-mj-00084-WMW-1<br><br>**WAIVER OF APPEARANCE**<br><br>**AND**<br><br>**ORDER** |

**TO:   THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:**

Defendant, MATTHEW PLUNKETT, by and through his attorney MARK W. COLEMAN, of NUTTALL & COLEMAN, hereby applies to this court for an Order Waiving his appearance at the Initial Appearance currently set for Tuesday, June 19, 2007, at 10:00 a.m.

The reason for this request is that it is very difficult for defendant to make the trip from his home in, Berkeley, California, to Yosemite because of the distance involved. MR. PLUNKETT has been in continued contact with his attorney, and gives his attorney full power to act on his behalf. The matter of the Initial Appearance has been discussed. MR. PLUNKETT is

satisfied that all relative matters have been adequately discussed.

It is hereby requested that MATTHEW PLUNKETT'S appearance at the hearing on June 19, 2007, at 10:00 a.m., be excused.

DATED: June 13, 2007.   Respectfully submitted,

NUTTALL & COLEMAN

/s/ MARK W. COLEMAN

---
MARK W. COLEMAN
Attorney for Defendant,
MATTHEW PLUNKETT

**\* \* \* \* \* \***

**PROPOSED ORDER**

Good cause appearing,

**IT IS HEREBY ORDERED** that Defendant, MATTHEW PLUNKETT, is hereby excused from appearing at the Initial Appearance currently scheduled for June 19, 2007, at 10:00 a.m.

IT IS SO ORDERED.

**Dated:   June 14, 2007**          /s/ **William M. Wunderlich**
                          UNITED STATES MAGISTRATE JUDGE