**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR  Defendant,
               MATTHEW PLUNKETT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 6:07-mj-00084-WMW-1 |
|---|---|
| Plaintiff, | **WAIVER OF APPEARANCE** |
| vs. | **AND** |
| MATTHEW PLUNKETT | **ORDER** |
| Defendant. | |

**TO: THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:**

Defendant, MATTHEW PLUNKETT, by and through his attorney MARK W. COLEMAN, of NUTTALL & COLEMAN, hereby applies to this court for an Order Waiving his appearance at the Initial Appearance currently set for Tuesday, July 10, 2007, at 10:00 a.m.

The reason for this request is that it is very difficult for defendant to make the trip from his home in Berkeley, California, to Yosemite because of the distance involved.  MR. PLUNKETT has been in continued contact with his attorney, and gives his attorney full power to act on his behalf.  The matter of the court appearance has been discussed. MR. PLUNKETT is satisfied that all relative matters have been adequately discussed.

///

It is hereby requested that MATTHEW PLUNKETT'S appearance at the hearing on July 10, 2007, at 10:00 a.m., be excused.

DATED: July 2, 2007.       Respectfully submitted,

NUTTALL & COLEMAN

/s/ MARK W. COLEMAN

---

MARK W. COLEMAN
Attorney for Defendant,
MATTHEW PLUNKETT

\* \* \* \* \* \*

**ORDER**

Good cause appearing,

**IT IS HEREBY ORDERED** that Defendant, MATTHEW PLUNKETT, is hereby excused from appearing at the Initial Appearance currently scheduled for July 10, 2007, at 10:00 a.m.

IT IS SO ORDERED.

**Dated:   July 9, 2007**           /s/  **William M. Wunderlich**
                                    UNITED STATES MAGISTRATE JUDGE